# Court of Appeals
# of the State of Georgia

ATLANTA,  August 21, 2020

*The Court of Appeals hereby passes the following order:*

## A21A0103.  FANNIE MCCORD BIVINS v. NATIONSTAR MORTGAGE, LLC. et al.

The trial court granted partial summary judgment to the defendant in this action for wrongful foreclosure, and this Court affirmed the judgment in an unpublished opinion. See *Bivens v. S & A Palm, LLC et al.*, Case No. A18A1658, decided January 22, 2019. After the remaining claims were resolved in the defendant's favor, Fannie McCord Bivins filed a motion for reconsideration and an extraordinary motion for new trial. The trial court denied the motions, and Bivins filed her notice of appeal. We, however, lack jurisdiction.

The denial of a motion for reconsideration is not directly appealable. See *Bell v. Cohran*, 244 Ga. App. 510, 511 (536 SE2d 187) (2000). Additionally, an appeal from an order denying or dismissing an extraordinary motion for a new trial must be initiated by filing an application for discretionary review. OCGA § 5-6-35 (a) (7), (b); *Balkcom v. State*, 227 Ga. App. 327, 329 (489 SE2d 129) (1997); *Davis v. State*, 182 Ga. App. 736, 736-737 (356 SE2d 762) (1987). "[C]ompliance with the discretionary appeals procedure is jurisdictional." *Fabe v. Floyd*, 199 Ga. App. 322, 332 (1) (405 SE2d 265) (1991). Bivins's failure to follow the discretionary appeal procedure deprives us of jurisdiction over her appeal. Consequently, this appeal is hereby DISMISSED for lack of jurisdiction. See *Balkcom*, 227 Ga. App. at 332; *Davis*, 182 Ga. App. at 736-737.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*  *08/21/2020*
  *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

     *Stephen E. Castlen*  *, Clerk.*